# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

_____

**THOMAS S. WERBIE,**

    **Plaintiff,**

    **and**                                                         Civil Action No. 05-C-0340

**GOLDEN RULE INSURANCE COMPANY,**
a foreign insurance corporation, and **THE
NORTHWESTERN MUTUAL LIFE
INSURANCE COMPANY, a Wisconsin**
insurance corporation,

    **Involuntary Plaintiffs,**

    v.

**MERCK & CO., INC., a foreign corporation,**

    **Defendant.**

_____

## STIPULATION AND ORDER DISMISSING
## THE NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY
_____

      **IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiff, Thomas S. Werbie, Involuntary Plaintiffs, Golden Rule Insurance Company and The Northwestern Mutual Life Insurance Company (hereinafter "Northwestern Mutual"), and Defendant, Merck & Co., Inc., through their undersigned counsel, that Northwestern Mutual be, and hereby is, dismissed with prejudice from this action, without costs to any party.

| | |
|---|---|
| Dated: May 2, 2005 | By: s/David W. Perez<br>David W. Perez<br>Attorney Bar No: 1016862<br>Assistant General Counsel<br>Attorney for Involuntary Plaintiff<br>The Northwestern Mutual Life<br>  Insurance Company<br>720 E. Wisconsin Avenue<br>Milwaukee, Wisconsin 53202<br>Telephone: (414) 665-7193<br>Fax: (414) 625-7193 |
| Dated: May 19, 2005 | By: /s William M. Cannon<br>William M. Cannon<br>Attorney Bar No. 1015422<br>Cannon & Dunphy, S.C.<br>Attorneys for Plaintiff<br>595 North Barker Road<br>P.O. Box 1750<br>Brookfield, WI 53008-1750<br>Telephone: (262) 796-3700<br>Fax: (262) 796-3710 |
| Dated: May 6, 2005 | By: s/Todd M. Weir<br>Jennifer A. Slater Carlson<br>State Bar No. 1026790<br>Todd M. Weir<br>State Bar No. 1010442<br>Attorneys for Defendant Merck & Co., Inc.<br><br>Otjen, Van Ert, Lieb & Weir, S.C.<br>First Financial Centre<br>700 North Water Street, Suite 800<br>Milwaukee, WI 53202-4206<br>Telephone: (414) 271-7271 |

Dated: May 9, 2005

By: s/Patrick A. O'Neil
Patrick A. O'Neil
Attorney Bar No. 1019544
Piper & Schmidt
Attorneys for Golden Rule Insurance
 Company
5th Floor – Van Buren Building
733 North Van Buren Street
Milwaukee, WI 53202
Telephone: (414) 225-4060

**SO ORDERED:**

Dated: May 20, 2005

s/ Rudolph T. Randa
Honorable Chief Judge Rudolph T. Randa